UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

FILED          RECEIVED
ENTERED        SERVED ON
          COUNSEL/PARTIES OF RECORD

JUL 1 8 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                          DEPUTY

UNITED STATES OF AMERICA,      )
                               )      2:07-CR-295-KJD-GWF
          Plaintiff,           )
                               )
vs.                            )
                               )
DAVID LEE HARRIS               )
                               )
          Defendant.           )

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#26), sentencing having been imposed on August 14, 2008. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: NEVADA STATE BANK
Amount of Restitution: $61.00

**Total Amount of Restitution ordered:  $61.00**

Dated this _____ 13ᵗʰ _____ day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE