THOMAS A. ERICSSON, ESQ.
Nevada Bar No. 4982
Oronoz & Ericsson, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
tom@oronozlawyers.com
*Attorney for David Harris*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID HARRIS,<br><br>Defendant. | CASE NO.: 2:07-cr-295-KJD-GWF-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br><br>(S<small>ECOND</small> R<small>EQUEST</small>) |

IT IS HEREBY STIPULATED AND AGREED, by Defendant David Harris, by and through his attorney, Thomas A. Ericsson, Esq., and the United States of America, by and through Robert Knief, Assistant United States Attorney, that the revocation hearing currently scheduled for July 31, 2018, at the hour of 9:00 a.m., be vacated and continued for at least sixty (60) days, until after the trial date on September 10, 2018, in United States v. Harris, 2:18-cr-092-RFB-PAL, to a date and time that is convenient to this Honorable Court.

The request for a continuance is based upon the following:

1. The Defendant, David Harris, is scheduled to proceed to trial on September 10, 2018, in United States v. Harris, 2:18-cr-092-RFB-PAL. The parties stipulate and agree that the revocation hearing in the instant case should be continued to a date after the trial in Mr. Harris' new case.

2. Counsel for Mr. Harris and the Government jointly request that the revocation hearing date be continued for at least 60 days.

3. Mr. Harris is currently in custody and has no objection to the continuance.

Page 1

4. The additional time requested by this Stipulation to Continue Revocation Hearing is reasonable pursuant to Fed.R.Crim.P. Rule 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

5. The additional time requested herein is not sought for the purposes of undue delay.

6. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

DATED: July 27, 2018

Respectfully submitted,

| | |
|---|---|
| */s/ Thomas A. Ericsson* | */s/ Robert Knief* |
| Thomas A. Ericsson, Esq. | Robert Knief |
| Oronoz & Ericsson, LLC | Assistant United States Attorney |
| 1050 Indigo Dr., Suite 120 | District of Nevada |
| Las Vegas, Nevada 89145 | 501 Las Vegas Blvd. South, Suite 1100 |
| Attorney for Defendant Harris | Las Vegas, Nevada, 89101 |
| | Attorney for the United States of America |

THOMAS A. ERICSSON, ESQ.
Nevada Bar No. 4982
Oronoz & Ericsson, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
tom@oronozlawyers.com
*Attorney for David Harris*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID HARRIS,<br><br>Defendant. | CASE NO.:  2:07-cr-295-KJD-GWF-1<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER** |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. The Defendant, David Harris, is scheduled to proceed to trial on September 10, 2018, in <u>United States v. Harris</u>, 2:18-cr-092-RFB-PAL. The parties stipulate and agree that the revocation hearing in the instant case should be continued to a date after the trial in Mr. Harris' new case.

2. Counsel for Mr. Harris and the Government jointly request that the revocation hearing date be continued for at least 60 days.

3. Mr. Harris is currently in custody and has no objection to the continuance.

4. The additional time requested by this Stipulation to Continue Revocation Hearing is reasonable pursuant to Fed.R.Crim.P. Rule 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

5. The additional time requested herein is not sought for the purposes of undue delay.

6. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

## **CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interests of the public in proceeding with the revocation hearing as scheduled, since the failure to grant said continuance would be likely to result in a miscarriage of justice, taking into account the exercise of due diligence.

## **ORDER**

IT IS THEREFORE ORDERED that the revocation hearing in this matter scheduled for July 31, 2018, be vacated and continued to the  2nd  day of  October , 2018, at the hour of  9:00 a.m.  .

DATED AND DONE this  30th  day of  July , 2018.

_____
UNITED STATES DISTRICT JUDGE